**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7144**

ROSCOE ARTIS,

                Plaintiff - Appellant,

     v.

EARL H. STRICKLAND; NORTH CAROLINA STATE BAR,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:17-ct-03065-BO)

Submitted:  January 18, 2018                Decided:  January 22, 2018

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roscoe Artis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roscoe Artis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Artis v. Strickland*, No. 5:17-ct-03065-BO (E.D.N.C. Aug. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*